**WOODS v. STATE.**

No. 24098.

Court of Criminal Appeals of Texas.

June 16, 1948.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction of appellant is for driving a motor vehicle upon a public highway in Hidalgo County while appellant was intoxicated, punishment a fine of $100.00.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.